
**CITY** of **ROCHESTER**
Malik D. Evans, Mayor

**Department of Law**
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

May 21, 2026

<u>**Via: ACMS Only**</u>
U.S. Court of Appeals
Second Circuit

      Re:    Devin Johnson v City of Rochester and Officer Laureano
            Appeal No. 26-628

Dear Sir/Madam:

    I am writing to advise that I have requested transcripts to support the pending appeal, but do not yet have them. I am aware of my obligation to provide an update every 14 days until they are received and I will do so.

    Thank you for your courtesies and your kind consideration of this matter.

            Very truly yours,

            Christopher S. Noone
            Municipal Attorney

CSN/mb